UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-52951 |
| | ) | |
| ALLAN L. SMITH | ) | CHAPTER 13 PROCEEDING |
| LANDRA A. SLAUGHTER | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| DEBTORS | ) | |
| | ) | **OBJECTION TO PROOF OF CLAIM #7** |
| | ) | **FILED BY US BANK TRUST NA C/O** |
| | ) | **SN SERVICING CORPORATION** |

Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Objection, or if you want the Court to consider your views on the Objection, then on or before **June 1, 2019** you or your attorney must:

1. File a written response explaining your position at:

    U. S. Bankruptcy Court
    John F. Seiberling Federal Building & U.S. Courthouse
    455 U.S. Courthouse
    2 South Main Street
    Akron, Ohio 44308

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. Mail a copy to:

    Robert H. Young, Esq.
    Amourgis & Associates
    3200 West Market Street, Suite 106
    Akron, Ohio 44333

    Keith Rucinski, Chapter 13 Trustee
    One Cascade Plaza
    Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order granting the Motion without a Hearing.

Respectfully submitted,

**AMOURGIS & ASSOCIATES, LLC**

/s/ Robert H. Young
Robert H. Young (0036743)
Attorney for Debtor
3200 West Market Street, Suite 106
Akron, Ohio 44333
Phone:   (330) 535-6650
Fax:   (330) 535-2205
Email: roberty@amourgis.com


## CERTIFICATE OF SERVICE

I certify that on May 1, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Robert H. Young, on behalf of Debtors, at roberty@amourgis.com

Keith Rucinski, on behalf of Chapter 13 Trustee's office, at krucinski@ch13akron.com

John J. Lieberman, on behalf of SN Servicing Corporation at bankruptcy@sottileandbarile.com

Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermott, United States Trustee, at the registered address of the US Trustee @ USDOJ.gov established with the bankruptcy court.

And by regular U.S. mail, postage prepaid, on:

Allan L. Smith
Landra A. Slaughter
8906 Langston Court
Macedonia, OH   44056

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

/s/ Robert H. Young
Robert H. Young (0036743)
Attorney for Debtor