UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-52951 |
| | ) | |
| ALLAN L. SMITH | ) | CHAPTER 13 PROCEEDING |
| LANDRA A. SLAUGHTER | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| DEBTOR | ) | |
| | ) | **AFFIDAVIT** |

We, Allan L. Smith and Landra A. Slaughter, being duly sworn, do hereby state as follows:

We are current with our first mortgage payment on our real property located at 8906 Langston Court, Macedonia, OH 44056 and will continue to pay the loan outside of our Chapter 13 Plan. The mortgage is being services by Carrington Mortgage Services. We declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information and belief.

Dated this 21st day of June, 2019

/s/ Allan L. Smith \_\_\_\_\_  /s/ Landra A. Slaughter_____
Allan L. Smith   Landra A. Slaughter


Respectfully Submitted,

/s/ Robert H. Young_____
Robert H. Young (0036743)
Attorney for Debtors
3200 W. Market Street, Suite 106
Akron, OH 44333
Phone: (330) 535-6650
Fax: (330) 436-5230
roberty@amourgis.com