## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-52951 |
| | ) | |
| ALLAN L. SMITH | ) | CHAPTER 13 PROCEEDING |
| LANDRA A. SLAUGHTER | ) | |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | **NOTICE OF MOTION TO ALLOW** |
| | ) | **DIRECT PAYMENT OF MORTGAGE** |

Debtors, Allan L. Smith and Landra A. Slaughter, have filed a Motion to Allow Direct Payment of Mortgage, in the above captioned matter.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 24, 2019** you or your attorney must:

1. File a written response explaining your position at:

    U. S. Bankruptcy Court
    John F. Seiberling Federal Building and US Courthouse
    2 South Main Street
    Akron, OH 44308

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. Mail a copy to:

    Robert H. Young, Esq.
    Amourgis & Associates
    3200 West Market Street, Suite 106
    Akron, Ohio 44333

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order granting the relief sought in said Motion.

Respectfully Submitted,

**AMOURGIS & ASSOCIATES**

/s/ Robert H. Young
Robert H. Young (0036743)
Attorney for Debtor
3200 West Market Street, Suite 106
Akron, Ohio 44333
Phone: (330) 535-6650
Fax: 330-535-2205
Email: roberty@amourgis.com

## CERTIFICATE OF SERVICE

I certify that on July 3, 2019, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Robert H. Young, on behalf of Debtors, at roberty@amourgis.com

Keith Rucinski, on behalf of Chapter 13 Trustee's office, at krucinski@ch13akron.com

John J. Lieberman, on behalf of SN Servicing Corporation at bankruptcy@sottileandbarile.com

Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermott, United States Trustee, at the registered address of the US Trustee @ USDOJ.gov established with the bankruptcy court.

And by regular U.S. mail, postage prepaid, on:

Allan L. Smith
Landra A. Slaughter
8906 Langston Court
Macedonia, OH 44056

And by regular U.S. mail, postage prepaid, on attached list of creditors.

/s/ Robert H. Young
Robert H. Young (0036743)
Attorney for Debtors

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Belden Jewelers/Sterling Jewelers, Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Carrington Mortgage Se
Attn: Officer and Agent
1600 S Douglass Rd Ste 2
Anaheim, CA 92806

Cleve Accept
2106 Payne Ave
Cleveland, OH 44114

Comenity Bank/Avenue
Po Box 182125
Columbus, OH 43218

Craig Relman
23811 Chagrin Boulevard, Suite 160
Beachwood, OH 44122

First Federal Credit & Collections
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122

Huntington Bank
Attn Officer and/or Agent
303 E Main street
Columbus, OH 43209

Huntington Natl Bk
Bankruptcy Notifications
Po Box 340996
Columbus, OH 43234

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Regional Acceptance Co
304 Kellm Road
Virginia Beach, VA 23462

SN Servicing Corporation
Attn: Officer and/or agent
323 5th Street
Eureka, CA 95501

State of Ohio Dept. of Taxation
Collections Enforcement
30 E Broad Street
Columbus, OH 43215

United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530