# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 18-52951 |
| Allan L Smith | ) |
| Landra A Slaughter | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) NOTICE THAT CHAPTER 13 PLAN |
| | ) CANNOT BE CONFIRMED |

----------------------------------------------------------------------------------

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the above Chapter 13 Plan cannot be confirmed for the following reason(s):

    Motion to Allow Direct Payment of Mortgage (docket no 52) and Response to Debtors' Motion to Allow Direct Payment of Mortgage (docket no 52) is pending.
    Per a docket entry made on 6/20/19; an agreed order is to be uploaded resolving the Debtors' Objection to Claim Number 7 by Claimant U.S. Bank Trust National Association (docket no 45) and Response to Debtors' Objection to Claim (docket no 47), to date an order has not been signed by the Trustee's office nor has an order been entered on the Court's PACER docket.

The Trustee is filing this as a courtesy to the attorney of record in this case. The Trustee requests that if any action is needed by Debtor(s) counsel that said counsel take necessary steps to conclude the pending matter(s) so that the Trustee may recommend confirmation of this case at the next scheduled confirmation hearing.

Respectfully submitted,

**/s/ Keith L. Rucinski**
_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

CHAPTER 13
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

CERTIFICATE OF SERVICE

      I hereby certify that on 08/01/2019, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

| | |
|---|---|
| Allan L Smith<br>8906 Langston Court<br>Macedonia, OH 44056 | Landra A Slaughter<br>8906 Langston Court<br>Macedonia, OH 44056 |

<u>Via ECF</u>

Y. ERIC HOLTZ, ESQ (YEHOLTZ@AMOURGIS.COM)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 08/01/2019 | By: M. Jones<br>Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072